**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 337 WAL 2021

          Respondent               :

                                :  Petition for Allowance of Appeal
                                :  from the Order of the Superior Court

          v.                    :

                                :

AMANDA LUWANA STEWART,        :

          Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.